

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

# DECLARATION OF ADMINISTRATIVE FORFEITURE

| | | |
|---|---|---|
| Agency Case Number | : | 766055-22-0047 |
| Seizure Number | : | 01 |
| Asset Identification | : | See Attached List |

On 04/13/2022 at Bethel Park, PA, the described property(ies) was/were seized for forfeiture pursuant to 18 USC Section 924(d).

In accordance with 19 USC 1602-1621, notice of the seizure and intent to forfeit was published for thirty (30) consecutive days on the official government web site (www.forfeiture.gov) from May 9, 2022 to June 7, 2022 and was sent to each party who appeared to have an interest in this/these property(ies).

Because no claim was filed for the seized property within the time period provided by law from the date of the last publication of the Notice of Seizure or by the date required under the Personal Notice Letter mailed (whichever is applicable), it is hereby declared that the property referenced above by asset identification number or seizure number has been forfeited to the United States Government pursuant to Federal law.

*Clifford M. Luhn*
for Associate Chief Counsel, Asset Forfeiture Division
Office of Chief Counsel

**APPROVED**
*By Clifford M. Luhn at 1:28 pm, Aug 31, 2022*

**Asset List for Declaration of Administrative Forfeiture**      August 31, 2022 ( 1:24 pm)

**Agency Case:** 766055-22-0047 Roberts, Joseph      **Seizure No:** 01

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | VIN/SERIAL NO |
|---|---|---:|---|
| 22-ATF-021974 | Smith & Wesson Bodyguard Pistol CAL:380 SN:KBF3856 | $350.00 | KBF3856 |
| 22-ATF-021977 | 11 Rounds Assorted Ammunition CAL:380 | $1.10 | |
| 22-ATF-021978 | 3 Rounds Assorted Ammunition CAL:22 | $.30 | |
| 22-ATF-021979 | Rossi Stagecoach Shotgun CAL:12 SN:R29375 | $350.00 | R29375 |
| 22-ATF-021980 | Lakefield Arms LTD. Mark II Rifle CAL:22 SN:251600 | $350.00 | 251600 |
| 22-ATF-021982 | 8 Rounds Assorted Ammunition CAL:22 | $.80 | |
| 22-ATF-021983 | 24 Rounds Assorted Ammunition CAL:380 | $2.40 | |
| 22-ATF-021984 | 1 Round Federal Ammunition CAL:20 | $.10 | |
| 22-ATF-021985 | 14 Rounds Assorted Ammunition CAL:Multi | $1.40 | |
| 22-ATF-021986 | 95 Rounds Assorted Ammunition CAL:32 | $9.50 | |
| 22-ATF-021987 | 55 Rounds Assorted Ammunition CAL:45 | $5.50 | |
| 22-ATF-021988 | 5 Rounds Assorted Ammunition CAL:380 | $.50 | |
| 22-ATF-021989 | 7 Rounds Remington Ammunition CAL:32 | $.70 | |
| 22-ATF-021990 | 14 Rounds Remington Ammunition CAL:32 | $1.40 | |
| 22-ATF-021991 | 27 Rounds Assorted Ammunition CAL:22 | $2.70 | |
| 22-ATF-021992 | 2 Rounds Assorted Ammunition CAL:Multi | $.20 | |
| 22-ATF-021993 | 7 Rounds Winchester-Western Ammunition CAL:358 | $.70 | |
| 22-ATF-021994 | 30 Rounds Assorted Ammunition CAL:30 | $3.00 | |
| 22-ATF-021996 | 96 Rounds Assorted Ammunition CAL:30 | $9.60 | |
| 22-ATF-021997 | 2 Rounds Remington Ammunition CAL:12 | $.20 | |
| 22-ATF-021998 | 20 Rounds Assorted Ammunition CAL:22 | $2.00 | |



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

# DECLARATION OF ADMINISTRATIVE FORFEITURE

Agency Case Number : 766055-22-0047
Seizure Number : 01
Asset Identification : See Attached List

On 04/13/2022 at Bethel Park, PA, the described property(ies) was/were seized for forfeiture pursuant to 26 USC Section 5872.

In accordance with 19 USC 1602-1621, notice of the seizure and intent to forfeit was published for thirty (30) consecutive days on the official government web site (www.forfeiture.gov) from May 23, 2022 to June 21, 2022 and was sent to each party who appeared to have an interest in this/these property(ies).

Because no claim was filed for the seized property within the time period provided by law from the date of the last publication of the Notice of Seizure or by the date required under the Personal Notice Letter mailed (whichever is applicable), it is hereby declared that the property referenced above by asset identification number or seizure number has been forfeited to the United States Government pursuant to Federal law.

*Clifford M. Luhn*
for Associate Chief Counsel, Asset Forfeiture Division
Office of Chief Counsel

**APPROVED**
By Clifford M. Luhn at 2:48 pm, Aug 31, 2022

**Asset List for Declaration of Administrative Forfeiture**  **August 31, 2022 ( 1:26 pm)**

**Agency Case:** 766055-22-0047 Roberts, Joseph   **Seizure No:** 01

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | VIN/SERIAL NO |
|---|---|---:|---|
| 22-ATF-023480 | Two (2) MEA: grams, sample from PPX 14G of suspected e | $.10 | |
| 22-ATF-023482 | Fifty-six (56) metal spheres and one threaded metal nu | $.10 | |
| 22-ATF-023483 | Two (2) Plugs and length of red fuse.  The exterior of | $.10 | |