# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## DOCKET



**Docket Number:** CP-02-CR-0004246-2022
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 1 of 14

## CASE INFORMATION

| | |
|---|---|
| Cross Court Docket Nos: 7 WDA 2023 | |
| Judge Assigned: Howsie, Elliot | Date Filed: 06/08/2022    Initiation Date: 04/19/2022 |
| OTN: G 907838-1    LOTN: | Originating Docket No: MJ-05220-CR-0000151-2022 |
| Initial Issuing Authority: Ronald Arnoni | Final Issuing Authority: Ronald Arnoni |
| Arresting Agency: Bethel Park Police Dept | Arresting Officer: Poling, Matthew M. |
| Complaint/Citation No.: ASAP-658133 | Incident Number: 20220407M3860 |
| County: Allegheny | Township: Bethel Park Boro |
| Case Local Number Type(s) | Case Local Number(s) |

## RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Related Misc. Bail Cases** | | | |
| CP-02-MD-0001890-2022 | Comm. v. Roberts, Joseph Albert | CP-05-02-Crim | Same MDJ Case |

## STATUS INFORMATION

| | | | | |
|---|---|---|---|---|
| Case Status: | Closed | Status Date | Processing Status | Complaint Date: 04/19/2022 |
| | | 04/03/2023 | Completed | |
| | | 02/14/2023 | Awaiting Jury Trial | |
| | | 01/31/2023 | Awaiting Pretrial Motion Hearing | |
| | | 12/28/2022 | Awaiting Appellate Court Decision | |
| | | 11/28/2022 | Awaiting Pretrial Motion Hearing | |
| | | 08/05/2022 | Awaiting Jury Trial | |
| | | 07/20/2022 | Awaiting Pre-Trial Conference | |
| | | 06/08/2022 | Awaiting Formal Arraignment | |
| | | 06/08/2022 | Awaiting Filing of Information | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



**COURT OF COMMON PLEAS OF ALLEGHENY COUNTY**

**DOCKET**

Docket Number: CP-02-CR-0004246-2022
**CRIMINAL DOCKET**
Court Case

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 2 of 14

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 07/20/2022 | 11:00 am | 519 Courthouse | | Scheduled |
| Pre-Trial Conference | 08/05/2022 | 8:30 am | Courtroom 533 | Judge Elliot Howsie | Scheduled |
| Jury Trial | 11/28/2022 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Continued |
| Pretrial Motion Hearing | 12/08/2022 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Scheduled |
| Pretrial Motion Hearing | 01/31/2023 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Continued |
| Pretrial Motion Hearing | 02/14/2023 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Scheduled |
| Jury Trial | 02/24/2023 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Continued |
| Motions Court | 02/27/2023 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Cancelled |
| Status Hearing | 03/07/2023 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Scheduled |
| Motions Court | 03/13/2023 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Moved |
| Motions Court | 03/27/2023 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Moved |
| Motions Court | 03/28/2023 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Moved |
| Motions Court | 03/31/2023 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Scheduled |
| Jury Trial | 04/03/2023 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Scheduled |
| Motions Court | 07/10/2023 | 9:00 am | Courtroom 533 | Judge Elliot Howsie | Scheduled |

### DEFENDANT INFORMATION

| Date Of Birth: | 08/18/1985 | City/State/Zip: | Bethel Park, PA  15102 |
|---|---|---|---|

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Roberts, Joseph Albert |

### BAIL INFORMATION

**Roberts, Joseph Albert**                                                                                           Nebbia Status:  None

| Bail Action | Date | Bail Type | Originating Court | Percentage | Amount |
|---|---|---|---|---|---|
| Denied | 04/21/2022 | | Magisterial District Court | | $0.00 |
| Deny (bail modification) | 04/27/2022 | | Common Pleas | | $0.00 |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 21 | F2 | **18 § 2716 §§ A** | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 2 | 22 | F2 | **18 § 2716 §§ A** | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

**DOCKET**

Docket Number: CP-02-CR-0004246-2022

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 3 of 14

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 3 | 23 | F2 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 4 | 24 | F2 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 5 | 25 | F2 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 6 | 26 | F2 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 7 | 27 | F2 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 8 | 28 | F2 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 9 | 29 | F2 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 10 | 30 | F2 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 11 | 11 | F2 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 12 | 10 | F2 | 18 § 903 | Conspiracy - Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 13 | 20 | M1 | 18 § 908 §§ A | Make Repairs/Sell/Etc Offens Weap | 04/13/2022 | G 907838-1 |
| 14 | 14 | M1 | 18 § 908 §§ A | Make Repairs/Sell/Etc Offens Weap | 04/13/2022 | G 907838-1 |
| 15 | 15 | M | 35 § 780-113 §§ A16 | Int Poss Contr Subst By Per Not Reg | 04/13/2022 | G 907838-1 |
| 16 | 16 | M | 35 § 780-113 §§ A16 | Int Poss Contr Subst By Per Not Reg | 04/13/2022 | G 907838-1 |
| 17 | 19 | M | 35 § 780-113 §§ A32 | Use/Poss Of Drug Paraph | 04/13/2022 | G 907838-1 |
| 986 | 31 | | 0 § 0 §§ 0 | Unknown Statute | 04/13/2022 | G 907838-1 |
| 987 | 18 | M | 35 § 780-113 §§ A16 | Int Poss Contr Subst By Per Not Reg | 04/13/2022 | G 907838-1 |
| 988 | 17 | M | 35 § 780-113 §§ A16 | Int Poss Contr Subst By Per Not Reg | 04/13/2022 | G 907838-1 |
| 989 | 13 | | 0 § 0 §§ 0 | Unknown Statute | 04/13/2022 | G 907838-1 |
| 990 | 12 | F3 | 18 § 3302 §§ B | Risking Catastrophe | 04/13/2022 | G 907838-1 |
| 991 | 9 | F1 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 992 | 8 | F1 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 993 | 7 | F1 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 994 | 6 | F1 | 18 § 2716 §§ A | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0004246-2022**
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 4 of 14

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 995 | 5 | F1 | **18 § 2716 §§ A** | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 996 | 4 | F1 | **18 § 2716 §§ A** | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 997 | 3 | F1 | **18 § 2716 §§ A** | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 998 | 2 | F1 | **18 § 2716 §§ A** | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |
| 999 | 1 | F1 | **18 § 2716 §§ A** | Weapons of Mass Dest. - Unlawful Poss or Manu | 04/13/2022 | G 907838-1 |

### DISPOSITION SENTENCING/PENALTIES

Disposition
  Case Event
    Sequence/Description                                  Disposition Date                       Final Disposition
      Sentencing Judge                                      Offense Disposition                     Grade     Section
        Sentence/Diversion Program Type                     Sentence Date                           Credit For Time Served
          Sentence Conditions                                Incarceration/Diversionary Period       Start Date

**Held for Court (Lower Court)**        Defendant Was Present

| Sequence/Description | Offense Disposition | Grade | Section |
|---|---|---|---|
| Lower Court Disposition | 06/02/2022 | | Not Final |
| 1 / Weapons of Mass Dest. - Unlawful Poss or Manu | Held for Court (Lower Court) | F2 | 18 § 2716 §§ A |
| 2 / Weapons of Mass Dest. - Unlawful Poss or Manu | Held for Court (Lower Court) | F2 | 18 § 2716 §§ A |
| 3 / Weapons of Mass Dest. - Unlawful Poss or Manu | Held for Court (Lower Court) | F2 | 18 § 2716 §§ A |
| 4 / Weapons of Mass Dest. - Unlawful Poss or Manu | Held for Court (Lower Court) | F2 | 18 § 2716 §§ A |
| 5 / Weapons of Mass Dest. - Unlawful Poss or Manu | Held for Court (Lower Court) | F2 | 18 § 2716 §§ A |
| 6 / Weapons of Mass Dest. - Unlawful Poss or Manu | Held for Court (Lower Court) | F2 | 18 § 2716 §§ A |
| 7 / Weapons of Mass Dest. - Unlawful Poss or Manu | Held for Court (Lower Court) | F2 | 18 § 2716 §§ A |
| 8 / Weapons of Mass Dest. - Unlawful Poss or Manu | Held for Court (Lower Court) | F2 | 18 § 2716 §§ A |
| 9 / Weapons of Mass Dest. - Unlawful Poss or Manu | Held for Court (Lower Court) | F2 | 18 § 2716 §§ A |
| 10 / Weapons of Mass Dest. - Unlawful Poss or Manu | Held for Court (Lower Court) | F2 | 18 § 2716 §§ A |
| 11 / Weapons of Mass Dest. - Unlawful Poss or Manu | Held for Court (Lower Court) | F2 | 18 § 2716 §§ A |
| 12 / Conspiracy - Weapons of Mass Dest. - Unlawful Poss or Manu | Charge Changed (Lower Court) | F2 | 18 § 903 |
| Replaced by 18 § 2716 §§ A, Weapons of Mass Dest. - Unlawful Poss or Manu | | | |
| 13 / Make Repairs/Sell/Etc Offens Weap | Held for Court (Lower Court) | M1 | 18 § 908 §§ A |
| 14 / Make Repairs/Sell/Etc Offens Weap | Held for Court (Lower Court) | M1 | 18 § 908 §§ A |
| 15 / Int Poss Contr Subst By Per Not Reg | Held for Court (Lower Court) | M | 35 § 780-113 §§ A16 |
| 16 / Int Poss Contr Subst By Per Not Reg | Held for Court (Lower Court) | M | 35 § 780-113 §§ A16 |
| 17 / Use/Poss Of Drug Paraph | Held for Court (Lower Court) | M | 35 § 780-113 §§ A32 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## DOCKET



Docket Number: CP-02-CR-0004246-2022
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 5 of 14

### DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event | Disposition Date | Final Disposition | |
| --- | --- | --- | --- |
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |
| 986 / Unknown Statute | Held for Court (Lower Court) | | 0 § 0 §§ 0 |
| 987 / Int Poss Contr Subst By Per Not Reg | Held for Court (Lower Court) | M | 35 § 780-113 §§ A16 |
| 988 / Int Poss Contr Subst By Per Not Reg | Held for Court (Lower Court) | M | 35 § 780-113 §§ A16 |
| 989 / Unknown Statute | Charge Changed (Lower Court) | | 0 § 0 §§ 0 |
| Replaced by 0 § 0 §§ 0, Unknown Statute | | | |
| 990 / Risking Catastrophe | Held for Court (Lower Court) | F3 | 18 § 3302 §§ B |
| 991 / Weapons of Mass Dest. - Unlawful Poss or Manu | Charge Changed (Lower Court) | F1 | 18 § 2716 §§ A |
| Replaced by 18 § 2716 §§ A, Weapons of Mass Dest. - Unlawful Poss or Manu | | | |
| 992 / Weapons of Mass Dest. - Unlawful Poss or Manu | Charge Changed (Lower Court) | F1 | 18 § 2716 §§ A |
| Replaced by 18 § 2716 §§ A, Weapons of Mass Dest. - Unlawful Poss or Manu | | | |
| 993 / Weapons of Mass Dest. - Unlawful Poss or Manu | Charge Changed (Lower Court) | F1 | 18 § 2716 §§ A |
| Replaced by 18 § 2716 §§ A, Weapons of Mass Dest. - Unlawful Poss or Manu | | | |
| 994 / Weapons of Mass Dest. - Unlawful Poss or Manu | Charge Changed (Lower Court) | F1 | 18 § 2716 §§ A |
| Replaced by 18 § 2716 §§ A, Weapons of Mass Dest. - Unlawful Poss or Manu | | | |
| 995 / Weapons of Mass Dest. - Unlawful Poss or Manu | Charge Changed (Lower Court) | F1 | 18 § 2716 §§ A |
| Replaced by 18 § 2716 §§ A, Weapons of Mass Dest. - Unlawful Poss or Manu | | | |
| 996 / Weapons of Mass Dest. - Unlawful Poss or Manu | Charge Changed (Lower Court) | F1 | 18 § 2716 §§ A |
| Replaced by 18 § 2716 §§ A, Weapons of Mass Dest. - Unlawful Poss or Manu | | | |
| 997 / Weapons of Mass Dest. - Unlawful Poss or Manu | Charge Changed (Lower Court) | F1 | 18 § 2716 §§ A |
| Replaced by 18 § 2716 §§ A, Weapons of Mass Dest. - Unlawful Poss or Manu | | | |
| 998 / Weapons of Mass Dest. - Unlawful Poss or Manu | Charge Changed (Lower Court) | F1 | 18 § 2716 §§ A |
| Replaced by 18 § 2716 §§ A, Weapons of Mass Dest. - Unlawful Poss or Manu | | | |
| 999 / Weapons of Mass Dest. - Unlawful Poss or Manu | Charge Changed (Lower Court) | F1 | 18 § 2716 §§ A |
| Replaced by 18 § 2716 §§ A, Weapons of Mass Dest. - Unlawful Poss or Manu | | | |

**Proceed to Court**

| Information Filed | 07/18/2022 | Not Final | |
| --- | --- | --- | --- |
| 1 / Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 2716 §§ A |
| 2 / Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 2716 §§ A |
| 3 / Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 2716 §§ A |
| 4 / Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 2716 §§ A |
| 5 / Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 2716 §§ A |
| 6 / Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 2716 §§ A |
| 7 / Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 2716 §§ A |
| 8 / Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 2716 §§ A |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## DOCKET



**Docket Number: CP-02-CR-0004246-2022**
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 6 of 14

### DISPOSITION SENTENCING/PENALTIES

<u>Disposition</u>
<u>Case Event</u>       <u>Disposition Date</u>       <u>Final Disposition</u>
  <u>Sequence/Description</u>    <u>Offense Disposition</u>    <u>Grade</u>   <u>Section</u>
    <u>Sentencing Judge</u>      <u>Sentence Date</u>      <u>Credit For Time Served</u>
      <u>Sentence/Diversion Program Type</u>   <u>Incarceration/Diversionary Period</u>   <u>Start Date</u>
        <u>Sentence Conditions</u>

| Sequence / Description | Offense Disposition | Grade | Section |
|---|---|---|---|
| 9 / Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 2716 §§ A |
| 10 / Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 2716 §§ A |
| 11 / Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 2716 §§ A |
| 12 / Conspiracy - Weapons of Mass Dest. - Unlawful Poss or Manu | Proceed to Court | F2 | 18 § 903 |
| 13 / Make Repairs/Sell/Etc Offens Weap | Proceed to Court | M1 | 18 § 908 §§ A |
| 14 / Make Repairs/Sell/Etc Offens Weap | Proceed to Court | M1 | 18 § 908 §§ A |
| 15 / Int Poss Contr Subst By Per Not Reg | Proceed to Court | M | 35 § 780-113 §§ A16 |
| 16 / Int Poss Contr Subst By Per Not Reg | Proceed to Court | M | 35 § 780-113 §§ A16 |
| 17 / Use/Poss Of Drug Paraph | Proceed to Court | M | 35 § 780-113 §§ A32 |
| 986 / Unknown Statute | Withdrawn |  | 0 § 0 §§ 0 |
| 987 / Int Poss Contr Subst By Per Not Reg | Withdrawn | M | 35 § 780-113 §§ A16 |
| 988 / Int Poss Contr Subst By Per Not Reg | Withdrawn | M | 35 § 780-113 §§ A16 |
| 989 / Unknown Statute | Withdrawn |  | 0 § 0 §§ 0 |
| 990 / Risking Catastrophe | Withdrawn | F3 | 18 § 3302 §§ B |
| 991 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 992 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 993 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 994 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 995 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 996 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 997 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 998 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 999 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |

**Nolle Prossed**

Jury Trial       04/03/2023       Final Disposition

| Sequence / Description | Offense Disposition | Grade | Section |
|---|---|---|---|
| 1 / Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 2716 §§ A |
| 2 / Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 2716 §§ A |
| 3 / Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 2716 §§ A |
| 4 / Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 2716 §§ A |
| 5 / Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 2716 §§ A |
| 6 / Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 2716 §§ A |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0004246-2022**
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 7 of 14

### DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event / Sequence/Description / Sentencing Judge / Sentence/Diversion Program Type / Sentence Conditions | Disposition Date / Offense Disposition / Sentence Date / Incarceration/Diversionary Period | Final Disposition / Grade / Credit For Time Served / Start Date | Section |
|---|---|---|---|
| 7 / Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 2716 §§ A |
| 8 / Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 2716 §§ A |
| 9 / Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 2716 §§ A |
| 10 / Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 2716 §§ A |
| 11 / Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 2716 §§ A |
| 12 / Conspiracy - Weapons of Mass Dest. - Unlawful Poss or Manu | Nolle Prossed | F2 | 18 § 903 |
| 13 / Make Repairs/Sell/Etc Offens Weap | Nolle Prossed | M1 | 18 § 908 §§ A |
| 14 / Make Repairs/Sell/Etc Offens Weap | Nolle Prossed | M1 | 18 § 908 §§ A |
| 15 / Int Poss Contr Subst By Per Not Reg | Nolle Prossed | M | 35 § 780-113 §§ A16 |
| 16 / Int Poss Contr Subst By Per Not Reg | Nolle Prossed | M | 35 § 780-113 §§ A16 |
| 17 / Use/Poss Of Drug Paraph | Nolle Prossed | M | 35 § 780-113 §§ A32 |
| 986 / Unknown Statute | Withdrawn | | 0 § 0 §§ 0 |
| 987 / Int Poss Contr Subst By Per Not Reg | Withdrawn | M | 35 § 780-113 §§ A16 |
| 988 / Int Poss Contr Subst By Per Not Reg | Withdrawn | M | 35 § 780-113 §§ A16 |
| 989 / Unknown Statute | Withdrawn | | 0 § 0 §§ 0 |
| 990 / Risking Catastrophe | Withdrawn | F3 | 18 § 3302 §§ B |
| 991 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 992 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 993 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 994 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 995 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 996 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 997 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 998 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |
| 999 / Weapons of Mass Dest. - Unlawful Poss or Manu | Withdrawn | F1 | 18 § 2716 §§ A |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



Docket Number: CP-02-CR-0004246-2022

### CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 8 of 14

| COMMONWEALTH INFORMATION | | ATTORNEY INFORMATION | |
|---|---|---|---|
| Name: | Allegheny County District Attorney's Office, Criminal Division  Prosecutor | Name: | Wendy Lynne Williams  Private |
| Supreme Court No: | | Supreme Court No: | 050379 |
| Phone Number(s): | | Rep. Status: | Active |
| 412-350-4403 | (Phone) | Phone Number(s): | |
| Address: | | 412-434-5757 | (Phone) |
| 436 Grant Street | | 338-861-6 | (Office) |
| Allegheny County Court House | | 412-434-5757 | (Office) |
| Pittsburgh, PA  15219 | | Address: | |
| | | 304 Ross St Ste 300 | |
| | | The Mitchell Bldg Suite 300 | |
| | | Pittsburgh, PA  15219 | |
| | | Representing: Roberts, Joseph Albert | |

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 1 | 06/08/2022 | | Court of Common Pleas - Allegheny County |
| Original Papers Received from Lower Court | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 06/08/2022 | eService | | Served |
| 2 | 06/08/2022 | | Criminal Division - Allegheny |
| Formal Arraignment Scheduled 07/20/2022 11:00AM | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 06/08/2022 | eService | | Served |
| 1 | 07/18/2022 | 07/18/2022 | Allegheny County District Attorney's Office |
| COMMONWEALTH'S NOTICE OF PARTIAL WITHDRAWAL OF CHARGES | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 07/18/2022 | eService | | Served |
| 2 | 07/18/2022 | | Commonwealth of Pennsylvania |
| Information Filed | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

**DOCKET**



Docket Number: CP-02-CR-0004246-2022
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 9 of 14

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

Allegheny County District Attorney's Office, Criminal Division
| 07/18/2022 | eService | | Served |

| 1 | 07/20/2022 | | Williams, Wendy Lynne |

Entry of Appearance
Allegheny County District Attorney's Office, Criminal Division
| 07/20/2022 | eNotice | | Notified |

| 1 | 09/23/2022 | | Williams, Wendy Lynne |

ORDER FOR WINDOW OF TIME
Allegheny County District Attorney's Office, Criminal Division
| 09/23/2022 | eNotice | | Notified |

| 1 | 11/23/2022 | | Williams, Wendy Lynne |

Motion to Compel Discovery
Allegheny County District Attorney's Office, Criminal Division
| 11/29/2022 | eNotice | | Notified |

| 1 | 12/08/2022 | | Howsie, Elliot |

Order Denying Motion for Modification of Bail
Allegheny County District Attorney's Office, Criminal Division
| 12/08/2022 | eService | | Served |
Williams, Wendy Lynne
| 12/08/2022 | eService | | Served |

| 1 | 12/20/2022 | | Williams, Wendy Lynne |

Motion for Extension of Time
Allegheny County District Attorney's Office, Criminal Division
| 12/20/2022 | eNotice | | Notified |

| 1 | 12/27/2022 | | Williams, Wendy Lynne |

Motion to Proceed In Forma Pauperis

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

**DOCKET**



Docket Number: CP-02-CR-0004246-2022
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 10 of 14

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

Allegheny County District Attorney's Office, Criminal Division
12/28/2022 — eNotice — Notified

| 2 | 12/27/2022 | | Williams, Wendy Lynne |

MOTION TO APPOINT COUNSEL FOR PURPOSES OF APPEAL

Allegheny County District Attorney's Office, Criminal Division
12/28/2022 — eNotice — Notified

| 1 | 12/28/2022 | 12/28/2022 | Williams, Wendy Lynne |

Notice of Appeal to the Superior Court

Allegheny County District Attorney's Office, Criminal Division
12/28/2022 — eService — Served

| 1 | 01/05/2023 | | Superior Court of Pennsylvania |

Docketing Statement from Superior Court

Allegheny County District Attorney's Office, Criminal Division
01/05/2023 — eService — Served

Williams, Wendy Lynne
01/05/2023 — eService — Served

| 1 | 01/20/2023 | | Howsie, Elliot |

Order Denying Motion for Appointment of Counsel

Allegheny County District Attorney's Office, Criminal Division
01/20/2023 — eService — Served

Williams, Wendy Lynne
01/20/2023 — eService — Served

| 2 | 01/20/2023 | | Howsie, Elliot |

Order Directing a Concise Statement of Matters be Filed

Allegheny County District Attorney's Office, Criminal Division
01/20/2023 — eService — Served

Williams, Wendy Lynne

---

CPCMS 9082  Printed: 08/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Case 2:23-cv-01393-DSC   Document 1-3   Filed 08/03/23   Page 11 of 14

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

**DOCKET**



Docket Number: CP-02-CR-0004246-2022
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 11 of 14

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| | 01/20/2023 | eService | Served |

---

| 2 | 02/13/2023 | | Williams, Wendy Lynne |
| | | | Williams, Wendy Lynne |

Omnibus Pre-Trial Motion

Allegheny County District Attorney's Office, Criminal Division
02/14/2023    eNotice    Notified

---

| 1 | 02/14/2023 | | Williams, Wendy Lynne |
| | | | Williams, Wendy Lynne |

EXHIBIT IN SUPPORT OF OMNIBUS PRETRIAL MOTION

Allegheny County District Attorney's Office, Criminal Division
02/14/2023    eNotice    Notified

---

| 1 | 03/06/2023 | | Williams, Wendy Lynne |
| | | | Williams, Wendy Lynne |

Motion to Compel Discovery

Allegheny County District Attorney's Office, Criminal Division
03/07/2023    eNotice    Notified

---

| 1 | 03/10/2023 | | Howsie, Elliot |

order defedant released for a visit with attorney at attorney office on March 12, 2023

Allegheny County District Attorney's Office, Criminal Division
03/10/2023    eService    Served

Williams, Wendy Lynne
03/10/2023    eService    Served

---

| 2 | 03/10/2023 | | Williams, Wendy Lynne |
| | | | Williams, Wendy Lynne |

Motion in Limine

Allegheny County District Attorney's Office, Criminal Division
03/13/2023    eNotice    Notified

---

CPCMS 9082                                                                                      Printed: 08/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



Docket Number: CP-02-CR-0004246-2022
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 12 of 14

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 1 | 03/14/2023 | | Superior Court of Pennsylvania |
| Certificate of Remittal/Remand of Record | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 03/14/2023 | eService | | Served |
| Williams, Wendy Lynne | | | |
| 03/14/2023 | eService | | Served |
| 2 | 03/14/2023 | | Superior Court of Pennsylvania |
| Superior Court Order - APPEAL IS QUASHED | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 03/14/2023 | eService | | Served |
| Williams, Wendy Lynne | | | |
| 03/14/2023 | eService | | Served |
| 1 | 04/03/2023 | | Howsie, Elliot |
| Nolle Prosequi | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 04/03/2023 | eService | | Served |
| Williams, Wendy Lynne | | | |
| 04/03/2023 | eService | | Served |
| 1 | 04/05/2023 | | Howsie, Elliot |
| Order Denying Motion to Suppress | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 04/05/2023 | eService | | Served |
| Williams, Wendy Lynne | | | |
| 04/05/2023 | eService | | Served |
| 1 | 05/05/2023 | | Williams, Wendy Lynne |
| | | | Williams, Wendy Lynne |
| Motion for Return of Property | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 05/08/2023 | eNotice | | Notified |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



Docket Number: CP-02-CR-0004246-2022

### CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 13 of 14

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| 1 | 07/10/2023 | | Howsie, Elliot |

Order Granting Motion for Return of Property

Allegheny County District Attorney's Office, Criminal Division
07/10/2023   eService                          Served

Williams, Wendy Lynne
07/10/2023   eService                          Served

---

| 1 | 08/02/2023 | | Williams, Wendy Lynne |
| | | | Williams, Wendy Lynne |

Motion for Return of Property

Allegheny County District Attorney's Office, Criminal Division
08/03/2023   eNotice                           Notified

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

**DOCKET**



**Docket Number: CP-02-CR-0004246-2022**
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Joseph Albert Roberts

Page 14 of 14

### CASE FINANCIAL INFORMATION

Last Payment Date: 12/28/2022                                      Total of Last Payment: -$80.00

**Roberts, Joseph Albert**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Server Fee - Referred to County | $137.50 | $0.00 | ($137.50) | $0.00 | $0.00 |
| Server Fee - Referred to County | $137.50 | $0.00 | ($137.50) | $0.00 | $0.00 |
| Server Fee - Referred to County | $123.50 | $0.00 | ($123.50) | $0.00 | $0.00 |
| Server Fee - Referred to County | $123.50 | $0.00 | ($123.50) | $0.00 | $0.00 |
| Superior Court Appeal (Allegheny) | $72.00 | ($72.00) | $0.00 | $0.00 | $0.00 |
| Superior Court Appeal (Allegheny) | $8.00 | ($8.00) | $0.00 | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.68 | $0.00 | ($6.68) | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.68 | $0.00 | ($6.68) | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.68 | $0.00 | ($6.68) | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.68 | $0.00 | ($6.68) | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.68 | $0.00 | ($6.68) | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.26 | $0.00 | ($6.26) | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.68 | $0.00 | ($6.68) | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.68 | $0.00 | ($6.68) | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.68 | $0.00 | ($6.68) | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.68 | $0.00 | ($6.68) | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $5.70 | $0.00 | ($5.70) | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.68 | $0.00 | ($6.68) | $0.00 | $0.00 |
| Costs/Fees Totals: | $680.76 | ($80.00) | ($600.76) | $0.00 | $0.00 |
| Grand Totals: | $680.76 | ($80.00) | ($600.76) | $0.00 | $0.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.